```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :

        Plaintiff,         :

  - against -                      :

                                       :

HARLEM HOSPITAL CENTER,            :

        Defendant.         :
----------------------------------X

JUDGMENT

06 Civ. 3748 (RWS)

#06/090

      WHEREAS, by Stipulation and Order of Settlement and Dismissal dated May 17, 2006 (the "Stipulation and Order"), the parties to the above-captioned matter agreed to a full and final compromise and resolution of this action, including, <u>inter</u> <u>alia</u>, the entry of judgment against defendant Harlem Hospital Center in favor of the United States, in full compromise and satisfaction of the allegations set forth in the Federal Complaint, for the sum of two million three hundred thousand dollars ($2,300,000) (the "Settlement Amount");

      WHEREAS, the parties further agreed that the Settlement Amount shall constitute a debt due and owing upon entry of the Stipulation and Order by the Court and is to be discharged by payment to the United States under the terms and conditions as specified in the Stipulation and Order;

NOW, THEREFORE, IT IS ORDERED and ADJUDGED: That judgment is entered against defendant Harlem Hospital Center in favor of the United States in the sum of two million three hundred thousand dollars ($2,300,000), to be paid in accord with the terms of the Stipulation and Order, and, accordingly, the above-entitled action as it relates to defendant Harlem Hospital Center is closed and removed from the Court's active docket.

Dated: New York, New York
       May 17, 2006

J. Michael McMahon
_____
CLERK OF COURT

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____